IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRISTINA LYNN HAMMOND                           PLAINTIFF

v.                          Civil No. 06-3057

SONIC RESTAURANT OF
MOUNTAIN HOME, ADRIAN
WOODBURY, JAMES JARRET,
and MIKE HOUCHEN                                 DEFENDANTS

## ORDER

This matter comes before the court for a determination regarding plaintiff's in forma pauperis application and service on defendants. Having reviewed the application, we find it should be granted and plaintiff will be allowed to proceed as a pauper in this matter. The district clerk is directed to file plaintiff's complaint *nunc pro tunc* as of September 5, 2006. The matter of service will be determined at a later date.

IT IS SO ORDERED this 14th day of September 2006.

                                               /s/ Beverly Stites Jones
                                               HON. BEVERLY STITES JONES
                                               UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 18 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

AO 72A
(Rev.8/82)