IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRISTINA LYNN HAMMOND                                                              PLAINTIFF

v.                                    Civil No. 06-3057

SONIC RESTAURANT OF MOUNTAIN
HOME; ADRIAN WOODBURY; JAMES
JARRET; and MIKE HOUCHEN                                                          DEFENDANTS

**O R D E R**

Plaintiff's complaint was filed in this case on September 18, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to her claims.

Accordingly, it is ordered that plaintiff, Christina Lynn Hammond, complete and sign the attached addendum to her complaint, and return the same to the court **by November 20, 2006. Plaintiff is advised that should she fail to return the completed and executed addendum by November 20, 2006, her complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 2nd day of November 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRISTINA LYNN HAMMOND                                                                          PLAINTIFF

v.                                Civil No. 06-3057

SONIC RESTAURANT OF MOUNTAIN
HOME; ADRIAN WOODBURY; JAMES
JARRET; and MIKE HOUCHEN                                   DEFENDANTS

## **ADDENDUM TO COMPLAINT**

TO: CHRISTINA LYNN HAMMOND

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by November 20, 2006**. Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## **RESPONSE**

      In your complaint, you allege that you were sexually propositioned by James Jarret. You indicate these sexual propositions were covered up by Adrian Woodbury and Mike Houchen. You state you were terminated from your employment.

      1. What was your position at the Sonic Restaurant?

Answer:

_____

_____

_____

2. Please provide the dates of your employment at the Sonic Restaurant.

Answer:

_____

_____

_____

_____

_____

3. You name three individual defendants, Adrian Woodbury, James Jarret, and Mike Houchen. With respect to each, please state: (a) what position he occupied at the restaurant; (b) whether he had any supervisory authority over you; (c) how you believe he discriminated against you; and (d) when he discriminated against you.

Adrian Woodbury:

_____

_____

_____

_____

_____

_____

_____

James Jarret

_____

_____

_____

_____

_____

_____

Mike Houchen

_____

_____

_____

_____

_____

_____

4. Is the Sonic Restaurant a corporation, a partnership, or a sole proprietorship? If you do not know if it was a corporation, a partnership, or a sole proprietorship, please state who, to your knowledge, owned and/or managed the Sonic Restaurant.

Answer:

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
CHRISTINA LYNN HAMMOND

_____
DATE