**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**CHRISTINA LYNN HAMMOND**                                                    **PLAINTIFF**

**v.**                                    **Civil No. 06-3057**

**SONIC RESTAURANT OF MOUNTAIN
HOME; ADRIAN WOODBURY; JAMES
JARRET; and MIKE HOUCHEN**                                                   **DEFENDANTS**

**O R D E R**

Now on this 14th day of December, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #7, filed November 20, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, all claims against separate defendants Adrian Woodbury and James Jarret are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                    **/s/Jimm Larry Hendren
                                                    HON. JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE**